GRIFFITH *v.* CALIFORNIA ET AL.

No. 457.   Decided December 5, 1960.

*J. B. Tietz* for appellant.

*Robert E. Reed* and *R. B. Pegram* for the State of California, and *Roger Arneberg* and *Bourke Jones* for the City of Los Angeles, appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of a substantial federal question.

RAY *v.* OHIO.

No. 237, Misc.   Decided December 5, 1960.

*Ralph Atkinson* for appellant.

PER CURIAM.

The motion for leave to supplement the jurisdictional statement is granted.   The appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.